IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TYLER BURKEY, Administrator | ) | CASE NO. 4:17CV00338 |
| | ) | JUDGE BENITA Y. PEARSON |
| Plaintiff | ) | |
| | ) | |
| v. | ) | AFFIDAVIT OF DAVID ENGLER |
| | ) | |
| HEATHER HUNTER et al | ) | |
| | ) | |
| Defendants | ) | |

Now comes Affiant, David L. Engler, and after being duly deposed and sworn states as follows:

1. I am the attorney for Plaintiff in this case. I make the statements contained in this affidavit based on my own personal knowledge.

2. As part of Plaintiff's discovery in this case, Defendants produced a video taken of surveillance in the jail. I personally viewed that video.

3. The time signature on the video is August 25, 2015, and shows activity at the L-Pod podium and Kevin Burkey's cell from 12:00 p.m through 1:00 p.m. That video clearly shows Kevin Burkey in his cell manipulating bed linens that were the same linens used in his suicide.

4. The video shows less than three (3) minutes before Deputy Peters arrives at the podium that Burkey appears to be lunging at the window of his cell three (3) times with his face and arms at the window coming down from the top to the bottom of the window before there is no movement.



EXHIBIT A

FURTHER AFFIANT SAYETH NAUGHT.

*David L. Engler*

DAVID L. ENGLER

Sworn to and subscribed in my presence this 21 day of September, 2018.

*Cassandra Padula*

NOTARY PUBLIC

CASSANDRA PADULA
NOTARY PUBLIC, STATE OF OHIO
Trumbull County
My Comm. Expires July 12, 2023